*L. Berson,* for petitioners. *Julius C. Michaelson,* Attorney General, for respondent.

December 17, 1976.

M. P. No. 76-347. LOUISE C. HANSEN *et al. v.* NORMAN L. STOCKING *et al.* Motion of appellant to supplement record is granted. *Edwards & Angell, Joseph V. Cavanagh, Jr.,* for plaintiffs-appellees. *Smith & Smith, Incorporated, Z. Hershel Smith,* for defendant-appellant, Barbara Hotchkiss.

M. P. No. 76-358. V.S.H. REALTY, INC. *v.* ZONING BOARD OF REVIEW OF THE TOWN OF EAST GREENWICH, RHODE ISLAND. Petition for certiorari is granted and the writ shall issue forthwith. *Petrarca & McGair, Louis A. Petrarca, Jr., Joseph J. McGair,* for petitioner. *A. Earl Shaw, Jr.,* Town Solicitor, for respondent.

M. P. No. 76-404. GEORGE DUMONT *v.* MARY HACKETT, *Director.* Petition for certiorari granted. *James Cardono,* for plaintiff-respondent. *Irving J. Bilgor,* for defendant-petitioner.

M. P. No. 76-423. DON A. DE ANGELIS *v.* SHARON DE-ANGELIS. Petition for certiorari is denied as moot. Paolino, J. did not participate. *Edwards & Angell, Gerald W. Harrington,* for plaintiff-respondent. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for defendant-petitioner.

M. P. No. 76-431. WILLIAM G. BARBER, PATRICIA R. BARBER *et al. v.* TOWN OF NORTH KINGSTOWN *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. The stay previously granted by this Court is vacated. *Hanson, Curran, Bowen & Parks, A. Lauriston Parks,* for petitioners. *Bernard F. McSally,* Town Solicitor, *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle, Paul P. Pederzani, Jr.,* (amicus curiae), for respondents.

M. P. No. 76-433. JOSEPH P. HUGHES, JR. *et al. v.* STEVE A. KOHLMAN *et al.* Petition for writ of certiorari denied. *Longo-*